# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | | |
|---|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR; UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) | CV 15-78-BLG-SPW-CSO |
| Petitioner, | ) ) | ORDER |
| v. | ) ) | |
| ALLEN'S SIDING, | ) ) | |
| Respondent. | ) | |

For the reasons set forth on the record at the Show Cause Hearing held on this 18th day of September, 2015, and upon consideration of the Secretary of Labor's Petition to Enforce Administrative Subpoena Duces Tecum, and William Allen's oral responses thereto, IT IS HEREBY ORDERED that said Petition is MOOT and the Order to Show Cause is DISCHARGED.

IT IS FURTHER ORDERED that, by agreement of the parties, the limitations period imposed by 29 U.S.C. § 658(c) is extended for a period of seven (7) days from September 17, 2015.

1

The Clerk of Court is directed to provide a copy of this Order to Respondent at his last known address and to close this case.

DATED this 18th day of September, 2015.

/S/ Carolyn S. Ostby
U.S. Magistrate Judge